PROB 12C
(6/16)

Report Date: August 6, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles D. West                Case Number: 0980 2:14CR00066-WFN-2

Address of Offender:                    , Spokane Valley, Washington 99212

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: December 12, 2014

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 3345 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(October 5, 2016) | Prison - 2,265 days<br>TSR - 36 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: August 13, 2020 |
| Defense Attorney: | Roger Pevens | Date Supervision Expires: August 12, 2023 |

## PETITIONING THE COURT

**To issue a warrant**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Sobriety Treatment and Education Program (STEP) Ordered Condition Imposed June 17, 2021**: Mr. West shall remain at the inpatient treatment facility until treatment is completed.

**Special Condition # 20**: Defendant shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substances abuse treatment program, which could include inpatient treatment and aftercare. Defendant shall contribute to the cost of treatment according to Defendant's ability to pay. Defendant shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On August 5, 2021, Mr. West failed to complete his inpatient treatment at Sun Ray Court by aborting services against the advice of staff.

Prob12C
Re: West, Charles D.
August 6, 2021
Page 2

On August 13, 2020, Mr. West was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment and stated he understood his conditions in full.

On June 17, 2021, Mr. West was present for a STEP hearing before the Honorable Thomas O. Rice, U.S. District Judge. It was at that time Mr. West was informed that he shall remain at the inpatient treatment facility until treatment was complete.

On August 6, 2021, his assigned U.S. probation officer communicated with Mr. West's inpatient treatment counselor. She was informed Mr. West had discharged himself from Sun Ray Court on August 5, 2021, when his counselors addressed his unsuccessful progress in their program, and were requiring an extension of treatment services.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 6, 2021

s/Mark Hedge

Mark Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

August 6, 2021
Date