PROB 12C
(6/16)

Report Date: November 3, 2021

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Charles D. West | Case Number: 0980 2:14CR00066-EFS-2 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 12, 2014

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 3345 days;<br>TSR - 36 days | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(October 5, 2016) | Prison - 2265 days;<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: August 13, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 12, 2023 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #18**: The defendant must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Special Condition #22:**   The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**:  It is alleged that Mr. West violated the terms of his supervised release by tampering with a drug testing device in an effort to defeat or falsify a drug test, on or about October 27, 2021.<br><br>On August 13, 2020, a supervision intake was completed and Mr. West was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood his conditions in full, which included the above-noted standard condition number 11. |

Prob12C
**Re: West, Charles D**
**November 3, 2021**
**Page 2**

On October 26, 2021, Mr. West reported to the United States probation officer for the purpose of having a sweat patch applied. He was reminded not to tamper with the sweat patch and the undersigned would contact him for a date and time to report to have the sweat patch removed.

On October 27, 2021, Mr. West reported to the probation officer and indicated his sweat patch was falling off. He met with the duty officer and claimed he was working outside with his shirt off and a branch had rubbed up against the sweat patch. He claimed it was too hot to wear a shirt outside. It should be noted, the high temperature for that day was 43 degrees. It did not appear the sweat patch was damaged by way of a branch rubbing up against it. It appeared the sweat patch had been pulled up from the bottom of it.

It should also be noted that after the sweat patch was applied, an overlay sticker was placed on top of it to provide additional protection and to allow for longer wear periods.

This particular sweat patch was sent to the lab for testing and returned positive for the presence of methamphetamine, see alleged violation number 2 below.

2    **Special Condition #22:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** It is alleged that Mr. West violated the terms of his supervised release by consuming a controlled substance, amphetamine and methamphetamine, on or about October 27, 2021.

On August 13, 2020, Mr. West was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood his conditions in full, which includes the above noted special condition number 15.

On October 26, 2021, a sweat patch was applied to Mr. West's arm. On October 27, 2021, the sweat patch was removed and sent to the lab for testing. The lab report noted a positive presence for amphetamine and methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/03/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: West, Charles D**
**November 3, 2021**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

November 4, 2021

Date