PROB 12C
(6/16)

Report Date: December 2, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2021

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Charles D. West | Case Number: 0980 2:14CR00066-EFS-2 |
| Address of Offender: | Spokane Valley, Washington 99212 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 12, 2014

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 3345 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Amended Sentence:<br>(October 5, 2016) | Prison - 2265 days<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: August 13, 2020 |
| Defense Attorney: | Kathryn Lucido | Date Supervision Expires: August 12, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/03/2021 and 11/17/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #22:**   The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** It is alleged that Mr. West violated the terms of his supervised release by consuming a controlled substance, amphetamine and methamphetamine, on or about November 19, 2021.<br><br>On August 13, 2020, Mr. West was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood his conditions in full, which includes the above-noted special condition number 22. |

Prob12C
Re: West, Charles D.
December 2, 2021
Page 2

On November 18, 2021, a sweat patch was applied to Mr. West's back. On November 19, 2021, the sweat patch was removed and sent to the lab for testing. The lab report received on December 1, 2021, noted a positive presence for amphetamine and methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/02/2021

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Edward F. Shea

Signature of Judicial Officer

December 3, 2021

Date