PROB 12C
(6/16)

Report Date: April 6, 2022

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Charles D. West | Case Number: 0980 2:14CR00066-EFS-2 |
| Address of Offender: | Spokane Valley, Washington 99212 |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 12, 2014

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 3345 days<br>TSR - 36 days | Type of Supervision: Supervised Release |
| Resentence:<br>(October 5, 2016) | Prison - 2265 days<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: August 13, 2020 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: August 12, 2023 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/03/2021, 11/17/2021, 12/02/2021, and 02/24/22.

On August 13, 2020, Mr. West was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood his conditions in full.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #22:** The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** It is alleged that Mr. West violated the terms of his supervised release by consuming controlled substances, amphetamine and methamphetamine, on or about March 25, 2022.<br><br>On March 25, 2022, Charles West appeared at Pioneer Human Services (PHS) for the purposes for submitting to a urinalysis. The urine sample tested presumptive positive for methamphetamine and amphetamine. Mr. West denied use. The sample was sent to the lab for additional testing. A lab report was returned and confirmed a positive presence for methamphetamine and amphetamine. |

Prob12C
**Re: West, Charles D**
**April 6, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/06/2022

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Edward F. Shea_
Signature of Judicial Officer

4/5/2022
Date