PROB 12C
(6/16)

Report Date:  April 13, 2022

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 13, 2022**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles D. West                    Case Number: 0980 2:14CR00066-EFS-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 12, 2014

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 3,345 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(October 5, 2016) | Prison - 2,265 days<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced:  August 13, 2020 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires:  August 12, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/03/2021, 11/17/2021, 12/02/2021, 02/24/2022 and 04/06/2022.

On August 13, 2020, Mr. West was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment reflecting he understood his conditions in full.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #22:**  The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence:** It is alleged that Mr. West violated the terms of his supervised release by consuming controlled substances, amphetamine and methamphetamine, on or about March 28, March 30, April 4, and April 6, 2022.

On March 28, March 30, and April 4, 2022, Charles West appeared at Pioneer Human Services (PHS) for the purposes for submitting to a urinalysis. The urine samples tested presumptive positive for methamphetamine and amphetamine. Mr. West denied use in each

Prob12C
**Re: West, Charles D**
**April 13, 2022**
**Page 2**

instance.  The samples were sent to the lab for additional testing.  Lab reports have returned and confirmed a positive presence for methamphetamine and amphetamine for all three of the above noted tests.

On April 6, 2022, Mr. West reported to the U.S. Probation Office. He submitted to a urinalysis.  The urine sample tested presumptive positive for methamphetamine and amphetamine. He denied use and the sample was sent to the lab for additional testing.  A lab report has confirmed a positive presence or amphetamine and methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | 04/13/2022 |
| | s/Melissa Hanson |
| | Melissa Hanson |
| | U.S. Probation Officer |

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Edward F. Shea

Signature of Judicial Officer

April 13, 2022

Date