PROB 12A
(6/16)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2023

SEAN F. McAVOY, CLERK

# United States District Court

for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Charles D. West | Case Number: 0980 2:14CR00066-EFS-2 |
| Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: December 12, 2014 | Type of Supervision: Supervised Release |
| Original Offense: Bank Robbery, 18 U.S.C. § 2113(a) | Date Supervision Commenced: September 25, 2022 |
| Original Sentence: Prison 3,345 days<br>　　　　　　　　　TSR - 36 months | Date Supervision Expires: August 12, 2023 |
| Resentence:　　　Prison - 2,265 days<br>(October 5, 2016)　TSR - 36 months | |
| Revocation Sentence: Prison - 6 months<br>(May 9, 2022)　　　TSR - 16 months | |

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. West allegedly violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about January 8, 2023.<br><br>Charles West violated his conditions of supervision by consuming methamphetamine, an illegal controlled substance, on or about January 8, 2023.  Mr. West provided a urine sample that tested presumptive positive for methamphetamine. Additionally, Mr. West signed an admission of drug use form acknowledging methamphetamine consumption on that date. |

**U.S. Probation Officer Action**:

Mr. West continues to participate in intensive outpatient treatment at Pioneer Human Services (PHS) and staff advised he is actively engaged in group,  participates well, and provides good feedback while in group. He continues to be on random phase urinalysis testing. Following his relapse, he took ownership of his behavior with the undersigned officer as well as with his treatment provider.

Based on the above-noted information, the undersigned officer respectfully recommends the Court take no action at this time. Mr. West will continue to submit to random urinalysis testing and participate in his intensive substance abuse treatment program three times a week. He has been made aware that any continued use would result in a referral for inpatient treatment services.

Prob12A
**Re: West, Charles D**
**January 18, 2023**
**Page 2**

Please advise this officer should Your Honor require a different course of action or a Court appearance by Mr. West.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed On: | 01/18/2023 |
|---|---|
| | s/Mark E. Hedge |
| | Mark E. Hedge<br>U.S. Probation Officer |

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

January 18, 2023
Date