PROB 12C
(6/16)

Report Date: February 14, 2023

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 15, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles D. West    Case Number: 0980 2:14CR00066-EFS-2

Address of Offender: [redacted] Spokane, Washington 99212

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: December 12, 2014

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a) | |
| Original Sentence: | Prison - 3,345 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Resentence:<br>(October 5, 2016) | Prison - 2,265 days<br>TSR - 36 months | |
| Revocation Sentence:<br>(May 9, 2022) | Prison - 6 months<br>TSR - 16 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: September 25, 2022 |
| Defense Attorney: | Kathryn Patricia Lucido | Date Supervision Expires: August 12, 2023 |

## PETITIONING THE COURT

To issue a summons.

On September 27, 2022, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. West as outlined in the judgment and sentence. Mr. West signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. West allegedly violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about February 13, 2023.<br><br>On February 13, 2023, Mr. West sent the undersigned officer a text message stating he had used methamphetamine earlier in the day. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/14/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Edward F. Shea

Signature of Judicial Officer

February 15, 2023

Date